Mark N. Mutterperl (MM-1977)
Todd R. Hambidge (TH-7693)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400
*Attorneys for Plaintiff Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

APPLE INC.,

    *Plaintiff,*

    -against-

APPLE STORY INC., FUN ZONE INC.,
JANICE PO CHIANG, JOHN DOES 1-50,
and XYZ BUSINESSES,

    *Defendants.*

---------------------------------------------------------------x

Civil Action No. _____

FILED UNDER SEAL

### *EX PARTE* MOTIONS FOR SEIZURE ORDER, TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Plaintiff Apple Inc. ("Apple") hereby applies *ex parte* for issuance of a temporary restraining order, seizure order, expedited discovery and to show cause for a preliminary injunction. Defendants are distributing and selling counterfeit Apple accessories for three of Apple's most enormously successful products, namely Apple's IPOD line of portable digital music and media devices, the IPHONE mobile communication and media device and the IPAD multi-purpose mobile device. Further, defendants are selling their counterfeit accessories for these products in a store defendants have branded "APPLE STORY." Apple hereby requests, among other things, entry of a temporary restraining order without notice as well as an order allowing Apple to seize the counterfeit goods, and books and records related thereto under the

95143322.1

Trademark Counterfeiting Act and an order to show cause for a preliminary injunction to stop the counterfeiting and defendants' use of the infringing and diluting Apple Story name pending the resolution of this case.

As set forth in Apple's Memorandum of Law, the relief requested herein is authorized by law. This application is further supported by the annexed declarations and exhibits.

Dated: July 25, 2011

By: /s/ Mark N. Mutterperl
Mark N. Mutterperl
Todd R. Hambidge
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400

*Attorneys For Plaintiff Apple Inc.*